**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
FORT LAUDERDALE DIVISION

In Re;                                                            **Case No. 20-22108-PDR**

**ALVARO PINTO,**

     Debtor.                                                Chapter 7
_____/

**TRUSTEE'S REPORT OF SALE**

     **COMES NOW** the Kenneth A. Welt as the Trustee of the case captioned above, and files this Trustee's Report of Sale in this case. Trustee has received the full amount of settlement (DE#38) in the amount of **$37,500.00** for non exempt equity in real property at 16810 Harbor Ct., Weston, Fla. 33326

     **I HEREBY CERTIFY that** on July 30, 2021 a true and correct copy of the foregoing was served by U.S. mail to the debtor and via email to the debtor's attorney and to Office of the US Trustee.

                                                           By: /S/ *Kenneth A, Welt, Trustee*
                                                           KENNETH A. WELT, TRUSTEE
                                                           4581 Weston Road - #355
                                                           Weston, Fla.  33331
                                                           (954) 761-5161